1 PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
2 CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
3 200 Lakeside Drive, Suite A
Oakland, CA 94612
4 Telephone: 510/832-5001
Facsimile: 510/832-4787
5 reinlawoffice@aol.com

6 Attorneys for Plaintiff
JEAN RIKER
7

8
IN THE UNITED STATES DISTRICT COURT
9 IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JEAN RIKER,                                   CASE NO.  C11-03755 EDL
                                                Civil Rights
12        Plaintiff,

13 v.

14                                              [PROPOSED] ORDER GRANTING
                                                PLAINTIFF'S MOTION FOR
15 BEACH BLANKET BABYLON;                       ADMINISTRATIVE RELIEF FROM
STEVE SILVER PRODUCTIONS,                        GENERAL ORDER 56, PURSUANT
INC.; JO SCHUMAN SILVER;                         TO LOCAL RULE 7-11
16 ITALIAN WELFARE AGENCY; and
DOES 1-20, Inclusive,
17
        Defendants.
18 _____/

19

20        Plaintiff's motion for administrative relief from General Order 56 is hereby

21 GRANTED for good cause shown. A case management conference is set for
June 19, 2012, at 10:00 a.m.
22 _____, with a joint case management conference statement due

23 June 12, 2012            .

24

25 **IT IS SO ORDERED**.

26

27 Dated: _____June 4_____, 2012

28                                              Honorable Judge Elizabeth D. Laporte
                                                United States Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
**200** LAKESIDE DR., SUITE A
OAKLAND, CA **94612-3503**
**(510) 832-5001**

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR ADMIN RELIEF FROM GENERAL ORDER 56
CASE NO.  C11-03755 EDL

-1-

S:\CASES\B\BEACH BLANKET BABYLON\PLEADINGS\Admin Relief from GO 56\Proposed Order.wpd