1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   JEAN RIKER
7
   * *Defendants' counsel listed after the caption*
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JEAN RIKER, | Case No. C11-03755 EDL |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AS MODIFIED** |
| BEACH BLANKET BABYLON; STEVE SILVER PRODUCTIONS, INC.; JO SCHUMAN SILVER; ITALIAN WELFARE AGENCY; and DOES 1-10, Inclusive, | |
| Defendants. | |

HANSON BRIDGETT LLP
KURT FRANKLIN, ESQ. (State Bar No. 172715)
kfranklin@hansonbridgett.com
DANIELLE A. HINTON (State Bar No. 273469)
dhinton@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: 415/777-3200
Facsimile: 415/541-9366

Attorneys for Defendants
BEACH BLANKET BABYLON;
STEVE SILVER PRODUCTIONS, INC.;
JO SCHUMAN SILVER; and
ITALIAN-AMERICAN COMMUNITY SERVICES AGENCY

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC
Case No. C11-3755 EDL
S:\CASES\B\BEACH BLANKET BABYLON\PLEADINGS\2012 06 11 Stipulation to Continue CMC.docx

4338528.1

# **STIPULATION**

Plaintiff JEAN RIKER and Defendants STEVE SILVER PRODUCTIONS, INC. (erroneously named BEACH BLANKET BABYLON and STEVE SILVER PRODUCTIONS, INC.), JO SCHUMAN SILVER, and the ITALIAN-AMERICAN COMMUNITY SERVICES AGENCY (erroneously named ITALIAN WELFARE AGENCY), by and through their respective attorneys of record, stipulate that:

1.   The parties have reached a tentative settlement for all of Plaintiff's claims in this case;

2.   The parties request that the Court continue the Case Management Conference, currently scheduled for June 19, 2012 at 10:00 a.m. (see Docket No. 22), for at least one month to allow the parties to complete settlement paperwork. The parties also request that the deadline for a Joint Case Management Conference Statement be continued accordingly.

**IT IS SO STIPULATED.**

Dated: June 11, 2012                              LAW OFFICES OF PAUL L. REIN

                                                  _____/s/ Catherine Cabalo_____
                                                  By:  Catherine Cabalo, Esq.
                                                  Attorneys for Plaintiff
                                                  JEAN RIKER

Dated: June 11, 2012                              HANSON BRIDGETT LLP

                                                  _____/s/ Danielle Hinton_____
                                                  By:  Danielle Hinton, Esq.
                                                  Attorneys for Defendants

- 2 -

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC
Case No. C11-3755 EDL
S:\CASES\B\BEACH BLANKET BABYLON\PLEADINGS\2012 06 11 Stipulation to Continue CMC.docx

4338528.1

|   |   |
|---|---|
| 1 | BEACH BLANKET BABYLON; |
| 2 | STEVE SILVER PRODUCTIONS, INC.; JO SCHUMAN SILVER; and |
| 3 | ITALIAN-AMERICAN |
| 4 | COMMUNITY SERVICES AGENCY |

## ORDER

Having reviewed the above Stipulation submitted by Plaintiff JEAN RIKER ("Plaintiff") and Defendants STEVE SILVER PRODUCTIONS, INC. (erroneously named BEACH BLANKET BABYLON and STEVE SILVER PRODUCTIONS, INC.), JO SCHUMAN SILVER, and the ITALIAN-AMERICAN COMMUNITY SERVICES AGENCY (erroneously named ITALIAN WELFARE AGENCY) (together referred to as "Defendants"),

IT IS HEREBY ORDERED that:

The Case Management Conference currently set for June 19, 2012 at 10:00 a.m. by this Court's Order (Docket No. 22) shall be continued to July 17, 2012 at 10:00 a.m. 2012. The deadline for a Joint Case Management Conference Statement, presently set for June 12, 2012 by Docket No. 22, is continued to July 10, 2012.

Dated: June 13, 2012

_Elizabeth D. Laporte_
Honorable ELIZABETH D. LAPORTE
United States Magistrate Judge

- 3 -
STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC
Case No. C11-3755 EDL
S:\CASES\B\BEACH BLANKET BABYLON\PLEADINGS\2012 06 11 Stipulation to Continue CMC.docx

4338528.1