United States District Court

For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    **JEAN RIKER**

9          Plaintiff(s),                          No. C-**11-03755** EDL

10         v.                                    **ORDER OF CONDITIONAL DISMISSAL**

11   **BEACH BLANKET BABYLON**

12         Defendants.
     _____/

13

14

15         The parties hereto, by their counsel, having advised the Court that they have agreed to a

settlement of this cause,

16

17         IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate

18   on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not

19   been completed prior to that date.  In the event a request to reinstate the case is not filed and served on

20   opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

     IT IS SO ORDERED.

21

     Dated: July 11, 2012

22                                              _____
                                                ELIZABETH D. LAPORTE
23                                              United States Magistrate Judge

24

25

26

27

28